**FILED**
CLERK, U.S. DISTRICT COURT

Jun 3, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC., a California Corporation,<br><br>   Plaintiff,<br><br>   vs.<br><br>RAINBOW USA INC., a New York Corporation; STEVEN YOUNG a/k/a STEPHEN JUNG, an individual; S & J APPAREL, INC., a California Corporation; PNL TEXTILE, INC., a California Corporation; and DOES 4-10, inclusive,<br><br>   Defendants. | Case No.: 2:16-cv-00135-SVW-JCx<br><br>[~~PROPOSED~~] ORDER RE: DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED R. CIV. P. 41(a)(1)(A)(ii)<br><br>*Honorable Stephen V. Wilson Presiding* |

  The parties having so stipulated and agreed, it is hereby SO ORDERED. The above-referenced case is hereby DISMISSED without prejudice and without an award of costs or fees to any party.

DATED: June 3, 2016

                 /s/ Stephen V. Wilson
                The Honorable Stephen V. Wilson
                United States District Court Judge